**Order entered December 6, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-10-00235-CV

**MARTIN, WILLIAM, Appellant**

**V.**

**PLAINSCAPITAL BANK, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01773-2008**

## ORDER

Before the Court is PlainsCapital Bank's October 28, 2016 motion for rehearing. The Court requests William Martin to file a response by January 5, 2017.

/s/  DAVID L. BRIDGES
    JUSTICE